UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>     Plaintiff,<br><br>vs.<br><br>MARQUIS REASONOVER,<br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Cause No. 4:17CR00597 ERW<br>                          (JMB) |

## MOTION TO FILE MOTIONS TO SUPPRESS EVIDENCE UNDER SEAL

COMES NOW Defendant, Marquis Reasonover, by and through his undersigned attorney, and requests leave to file two Motions to Suppress Evidence under seal for the reason that they contain information of a sensitive matter, which was part of the Government's discovery to the Defendant.

Respectfully submitted,

THE BOROWIAK LAW FIRM, LLC


  /s/Zachary J. Borowiak
ZACHARY J. BOROWIAK, MO58855
Attorney for Defendant
225 S. Meramec, Ste. 1100
St. Louis, MO 63105
(314) 537-2351 (Telephone)
(314) 269-1042 (Facsimile)
borowiaklaw@gmail.com

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a true and accurate copy of the foregoing was served upon all counsel of record on this 14th day of February, 2019, via the Court's electronic filing system.

    _/s/Zachary J. Borowiak_____