UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) NO. S1-4:17 CR 597 ERW/JMB |
| **MARQUIS REASONOVER,** | ) ) ) |
| **Defendant.** | ) ) ) ) |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Comes now the United States of America, by and through Assistant United States Attorney Lisa M. Yemm, and moves for leave to file under seal its Response to Defendant Reasonover's Motion to Suppress Statements and Response to Defendant Reasonover's Motion to Suppress Evidence Seized from Search Warrants, and attachments thereto, on the grounds that they contain the personal identifying information of Defendant and sensitive subject matter.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

*/s/ Lisa M. Yemm*
LISA M. YEMM, #64601MO
Assistant United States Attorney

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed on March 7, 2019 electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties and counsel of record.

*/s/ Lisa M. Yemm*
LISA M. YEMM, #64601MO